IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARLOS M CUEVAS ORTIZ

DEBTOR(S)

CASE 10-09901-ESL

CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **November 24, 2010**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation of the estate is: $225,958.00 (PV: $262,111.00)

3. With respect to the attached payment plan:

AMENDED PLAN DATE: March 25, 2011    PLAN BASE: $101,500.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 5/12/2011

[ ] FAVORABLE            [X] UNFAVORABLE

1. [X] FEASIBILITY 11 USC § 1325(a)(6):
   Submit evidence of post-petition mortgage payments to Banco Popular.

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
   Debtor to address motion to relief from stay filed by Banco Popular.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$626.00/$2,374.00

Atty: JOSE M PRIETO CARBALLO

/s/ Rosamar García Fontán

Rosamar García Fontán
USDC # 221004
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062