# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

**Debtor:** CARLOS M CUEVAS ORTIZ
**Case Number:** 10-09901-ESL13  **Chapter:** 13
**Date / Time / Room:** 5/24/2011 9:00 AM eslcrt2
**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE
**Courtroom Clerk:** LILLIAN MORALES
**Reporter / ECR:** LORI ANNIE RODRIGUEZ

## Matter:

FINAL HEARING ON MOTION FOR RELIEF FROM STAY UNDER 362 FILED BY BANCO POPULAR DE PUERTO RICO (#41)
FINAL HEARING ON MOTION FOR RELIEF FROM STAY UNDER 362 FILED BY BANCO POPULAR DE PUERTO RICO (#42)
DEBTOR'S ANSWER (#52)

## Appearances:

ALEJANDRO OLIVERAS RIVERA
JOSE M PRIETO CARBALLO ✓
CARLOS G. BATISTA JIMENEZ ✓

M. Salmen · Two mtp. to BPPR Conf. Hrg. sched. for June 8, 2011.

## Proceedings:

ORDER:

____ Upon debtor(s)' failure to:____ oppose;____ appear at the hearing scheduled for this date;____make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Debtor shall provide adequate protection to movant by:
____curing the arrears within ____ days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

**X** Parties are granted 20 days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Movant's application to withdraw the motion is hereby granted.

**X** Other: [handwritten] Debtor granted 10 days thereafter to file amended plan that incorporates stipulation — to 20 days notice. If no opposition filed, as amended, may be confirmed. If all matters settled on or before June 8, 2011, then matter will be heard on that date. Otherwise, hearing will be scheduled.

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge